TAGGART ET AL. *v.* THE STATE, EX REL. JACKSON TOWN-SHIP.

From the Brown Circuit Court.

*F. T. Hord,* for appellants.

*W. R. Harrison* and *W. S. Shirley,* for appellee.

BUSKIRK, C. J.—This case presents the same questions as the case of *Taggart* v. *The State, ex rel. Washington Township, ante,* p. 47 ; and, for the reasons there stated, the judgment must be reversed.

The judgment is reversed, with costs; and the cause is remanded, with the same directions as in the above case.